```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MASSIEL ENCARNACION-VELEZ et al.,

Defendants.

21-cr-225 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for arraignments and an initial pretrial conference on Monday, April 19, 2021 at 1:00 PM. If all defendants consent, the proceedings will be held by videoconference. All defense counsel must submit the appropriate waiver and consent forms by April 13, 2021.

**SO ORDERED.**

Date: April 9, 2021
New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**