UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-

Massiel Encarnacion-Velez,
                  Defendant(s).
------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO CONFERENCE OR TELEPHONE CONFERENCE

21 -CR- 225  MKV (__)(__)

Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

_x_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_x_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_/s/ Clay H. Kaminsky for Massiel Encarnacion-Velez_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_/s/ Clay H. Kaminsky_
Defense Counsel's Signature

Massiel Encarnacion-Velez
Print Defendant's Name

Clay H. Kaminsky
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

4/19/21
Date

_Mary Kay Vyskocil_
U.S. District Judge/U.S. Magistrate Judge