```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MASSIEL ENCARNACION-VELEZ et al.,

Defendants.

21-cr-225 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On April 19, 2021, the Court conducted the arraignments and initial pretrial conference in this case. As the Court explained at the conference, IT IS HEREBY ORDERED that the parties shall file a proposed protective order by April 26, 2021. IT IS FURTHER ORDERED that, no later than May 3, 2021, all defendants shall (1) inform the Court if they wish to join the motion to dismiss the Indictment filed by Defendant Leuris Manuel Sabala-Mejia [ECF #33, 34]; or (2) file any other motion to dismiss the Indictment on similar grounds. The government shall file any opposition by May 17, 2021. IT IS FURTHER ORDERED that the parties shall appear for a further conference on July 8, 2021 at 11:00 AM. As the docket already reflects, the Court Ordered on the record on April 19, 2021 that, in the interest of justice and with the consent of all of the defendants, all time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), is excluded until July 8, 2021 [Minute Entry for Proceedings on April 19, 2021].

**SO ORDERED.**

*[signature: Mary Kay Vyskocil]*

**Date: April 21, 2021**                      **MARY KAY VYSKOCIL**
      **New York, NY**                        **United States District Judge**