UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/7/2021

UNITED STATES OF AMERICA,

-v.-

MASSIEL ENCARNACION-VELEZ, et al.,

Defendants.

21 Cr. 225 (MKV)

**ORDER**

MARY KAY VYSKOCIL, District Judge:

The pretrial conference in this case previously scheduled for September 16, 2021 at 10:00AM is adjourned to 11:30AM the same day. The conference will be held using the Microsoft Teams videoconference platform. Counsel will receive a link to join the conference by email. Interested members of the press and public may listen in on the conference by telephone. To join the conference, dial 917-933-2166 and enter access code 252480828#.

SO ORDERED.

Dated: September 7, 2021
New York, New York

_Mary Kay Vyskocil_
MARY KAY VYSKOCIL
United States District Judge

1