Law Firm of

**Susan K Marcus LLC**

29 Broadway, Suite 1412, New York, NY 10006

T: 212-792-5131 ◆ F: 888-291-2078 ◆E: susan@skmarcuslaw.com

November 3, 2021

<u>VIA ECF</u>

<table>
<tr><td>
USDC SDNY<br>
DOCUMENT<br>
ELECTRONICALLY FILED<br>
DOC #:_____<br>
DATE FILED:___11/4/2021___
</td></tr>
</table>

Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

In re: *United States v. Encarnacion-Velez et al.*, 21-CR-225

Dear Judge Vyskocil:

There is a pending status conference in this case on November 9, 2021. Defense counsel write to request a 90-day adjournment of the status conference. This will allow us to finalize review of discovery, confer with our clients, determine which motions should be filed, and engage in plea negotiations with the government. At the next date, the parties will be in a position to set a motion schedule and trial date for this case.

All defense counsel consent to the exclusion of time. The government consents to the adjournment.

Thank you for your consideration of this request.

Sincerely,

*[signature]*

Susan K. Marcus, Esq.
Attorney for Leuris Manuel Sabala-Mejia
On Behalf of All Defendants

This request is GRANTED.  The conference that was previously scheduled to take place on November 9, 2021 is ADJOURNED to February 10, 2022 at 11:00 AM.  All time is excluded until that date.

Date: _Nov. 4, 2021_
New York, New York

*[signature]* Mary Kay Vyskocil
United States District Judge