UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>MASSIEL ENCARNACION-VELZEZ, a/k/a "Ivonne Marie Rodriguez Ayala," YERANO NAVARRO, CHRISTINA RODRIGUEZ, GERALD RODRIGUEZ, ISMAEL GONZALEZ, LEURIS MANUEL SABALA-MEJIA, a/k/a "Francisco Hernandez," and FRANCIA ESPINAL-TAVERAS,<br><br>                    Defendants. | 21-cr-225 (MKV)<br><br>ORDER SCHEDULING TRIAL |

MARY KAY VYSKOCIL, District Judge:

IT IS HEREBY ORDERED that the trial in this case will begin on February 6, 2023. The parties shall file any motions *in limine* by January 3, 2023. The parties shall file all other pretrial submissions, in accordance with the Court's Individual Rules of Practice in Criminal Cases, by January 16, 2023. The final pretrial conference will take place on February 2, 2023 at 10:30 a.m.

SO ORDERED.

Dated:   June 9, 2022
             New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge

1