# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 15, 2022

**BY ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2022
```

    Re: **United States v. Massiel Encarnacion-Velez,**
           **21 Cr. 225 (MKV)**

Dear Judge Vyskocil:

    I write to request that the Court authorize the temporary return of Ms. Encarnacion-Velez's passport, which she surrendered to Pretrial Services as part of her bail conditions. Ms. Encarnacion-Velez needs to present her passport in order to apply for a passport for her two-month-old daughter, so that the daughter can travel with her grandmother to the Dominican Republic in December.

    Specifically, Ms. Encarancion-Velez requests to pick up her passport from Pretrial Services on a date to be arranged with Pretrial Services and to return it the following day. As an additional security requested by the government, Ms. Encarnion-Velez would leave the passports of her other children with Pretrial Services as collateral while she has possession of her own passport.

    Ms. Encarnacion-Velez self-surrendered to face this case and has been compliant with Pretrial supervision. Neither the government nor Pretrial Services has any objection to this request.

                                      Respectfully submitted,
                                      /s/
                                      Clay H. Kaminsky
                                      Assistant Federal Defender
                                      (212) 417-8749 / (646) 842-2622
                                      clay_kaminsky@fd.org

CC:    Counsel of record (by ECF)

**Granted. SO ORDERED.**

Date: August 16, 2022
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge