UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/26/2022
```

UNITED STATES OF AMERICA,

-v.-

MASSIEL ENCARNACION-VELEZ,

                Defendant.

21-cr-225-1 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a change of plea hearing on November 10, 2022 at 10:30 a.m. The hearing will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated:   October 26, 2022
           New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge

1