

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 11, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2023
```

**BY ECF**

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:** *United States v. Encarnacion-Velez et al.*, 21 Cr. 225 (MKV)

Dear Judge Vyskocil:

    The Government writes, pursuant to the Court's Individual Rule 1.G, to request an adjournment of the January 16, 2023 pretrial submissions deadline. *See* Dkt. No. 121. This is the Government's first request for an adjournment. In light of the January 19, 2023, plea hearing scheduled for Yerano Navarro, the last remaining trial defendant in this case, the Government respectfully requests that the Court adjourn the pretrial submissions deadline by one week, to January 23, 2023, to obviate the need for the parties to file pretrial filings that will be moot and unnecessary assuming Mr. Navarro pleads as scheduled on January 19. The defendant consents to the adjournment.

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney

                    by:    /s/_____
                           Matthew R. Shahabian
                           Assistant United States Attorney
                           (212) 637-1046

cc: Counsel of Record (by ECF)

---

**Granted. SO ORDERED.**

Date: January 12, 2023     */s/ Mary Kay Vyskocil*
New York, New York        Mary Kay Vyskocil
                                United States District Judge