**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 27, 2023

**BY ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2023
```

Re: **United States v. Massiel Encarnacion-Velez,
21 Cr. 225 (MKV)**

Dear Judge Vyskocil:

I write to request that the Court adjourn by 90 days Ms. Encarnacion-Velez's voluntary surrender date, which is currently set for July 24, 2023. The requested adjournment is necessary for the care of Ms. Encarnacion-Velez's baby daughter because (1) she continues to nurse at this time and (2) Fulvio Valdez, Ms. Encarnacion-Velez's partner and her daughter's father, was injured in a car-on-motorcycle accident in May and is recovering only slowly. Mr. Valdez spent approximately three weeks in the hospital and is now in physical therapy.

The government has no objection to this request.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622
clay_kaminsky@fd.org

CC: AUSA Matthew Shahabian

**Granted. SO ORDERED.**

Date: June 30, 2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge