**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 4, 2023

**BY ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2023

Re: **United States v. Massiel Encarnacion-Velez, 21 Cr. 225 (MKV)**

Dear Judge Vyskocil:

    I write with the consent of the government to request that the Court again adjourn by 90 days Ms. Encarnacion-Velez's voluntary surrender date, which is currently set for on or about October 24, 2023. The requested adjournment is necessary for the care of Ms. Encarnacion-Velez's baby daughter because (1) she continues to nurse at this time and (2) Fulvio Valdez, Ms. Encarnacion-Velez's partner and her daughter's father, is still in physical therapy for his injuries due to a car-on-motorcycle accident that put him in the hospital earlier this year.

    As noted, the government consents to this request.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622
clay_kaminsky@fd.org

CC: AUSA Matthew Shahabian

---

**Granted. SO ORDERED.**

Date: 10/4/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge